## Reid *v.* Sovereign Camp of Woodmen of World, Appellant.

Argued January 14, 1941.   Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

*Samuel A. Montgomery,* for appellant.

*Malcolm B. Petrikin,* for appellee.

PER CURIAM, January 31, 1941:

The judgment is affirmed on the opinion of Judge BALDRIGE of the Superior Court.